IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JAMES THOMAS BEAN, Register No. 530524, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-4291-CV-C-SOW |
| ) | |
| DAVE DORMIRE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On March 14, 2008, United States Magistrate Judge William A. Knox recommended that defendant Bloomquist's motion for summary judgment be granted and plaintiff's claims against defendant Bloomquist be dismissed. On March 17, 2008, Judge Knox recommended that plaintiff's motion to dismiss, without prejudice, his claims against defendants Brad Cassidy, Raydell Powell, Mershon Whitfield, Gene James, Paul Gore, Richard Corser, John Meadows and Chad Hovis be granted. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendations of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the recommendations of March 14 and 17, 2008, are adopted. [165, 166] It is further

ORDERED that plaintiff's claims against defendants Brad Cassidy, Raydell Powell, Mershon Whitfield, Gene James, Paul Gore, Richard Corser, John Meadows and Chad Hovis are dismissed, without prejudice. [164] It is further

ORDERED that defendant Bloomquist's motion for summary judgment is granted and plaintiff's claims against defendant Bloomquist are dismissed. [131]

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: April 14, 2008