**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

JAMES THOMAS BEAN, Register No. 530524, )
                                      )
                  Plaintiff, )
                                      )
                     v. )      No. 06-4291-CV-C-SOW
                                      )
DAVE DORMIRE, et al., )
                                      )
              Defendants. )

## ORDER

On March 13, 2008, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's claims against defendants "Doe 1-22." The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of March 13, 2008, is adopted. [163] It is further

ORDERED that plaintiff's claims against defendants "Doe 1-22" be dismissed, pursuant to Fed. R. Civ. P. 4(m).


                                    /s/Scott O. Wright
                                    SCOTT O. WRIGHT
                                    Senior United States District Judge

Dated: May 16, 2008